LAW OFFICES OF JOHN L. BURRIS
JOHN L. BURRIS, Esq. (SBN 69888)
K. CHIKE ODIWE, Esq. (SBN 315109)
BRANDON YEE, Esq. (SBN 344583)
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
chike.odiwe@johnburrislaw.com
brandon.yee@johnburrislaw.com

Attorneys for Plaintiff
TERESA HERROZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA HERROZ, an individual, | NO.: 2:22-cv-00245-KJM AC |
| Plaintiff, | STIPULATION OF THE PARTIES AND JOINT REQUEST ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT |
| v. | |
| CITY OF MANTECA, a municipal entity; JASON MASSEY, individually and in his official capacity as a Police Officer for the CITY OF MANTECA; RYAN CASTRO, individually and in his official capacity as a Police Officer for the CITY OF MANTECA; MITCHELL ELLIS, individually and in his official capacity as a Police Officer for the CITY OF MANTECA; JAVIER MONTANEZ, individually and in his official capacity as a Police Officer for the CITY OF MANTECA; and DOES 1-50; | |
| Defendants. | |

**TO THE HONORABLE COURT:**

By and through their counsel of record in this action, Plaintiff TERESA HERROZ ("Plaintiff"), by and through her attorneys, and defendants, CITY OF MANTECA, JASON MASSEY, RYAN CASTRO, MITCHELL ELLIS, and JAVIER MONTANEZ ("Defendants"), by and through their attorneys,- hereby stipulate for the purpose of jointly requesting that the honorable Court grant Plaintiff leave to amend to file her proposed First Amended Complaint for Damages, a copy of which is attached hereto as **Exhibit "A",** in this action along the following lines:

**GOOD CAUSE STATEMENT.**

**1.** On February 7, 2022, Plaintiff filed her original Complaint for Excessive Force against the City of Manteca, Jason Massey, Ryan Castro, Mitchell Ellis, Javier Montanez and DOES 1-50.

**2.** At the time of the initial filing, Plaintiff did not know the identities and wrongful conduct of all the individual officers that she alleged contributed to her injuries

**3.** On May 27, 2022, Defendants produced expansive documents in their Initial Disclosure Statement.

**4.** While reviewing Defendants' document production, for the first time, Plaintiff discovered that she inadvertently included additional parties as defendants, against which there are not any claims.

**5.** Plaintiff alleges that officers Jason Massey and Javier Montanez caused Plaintiff's injuries by using excessive force to restrain and arrest her.

**6.** Plaintiff inadvertently named Ryan Castro and Mitchell Ellis as Defendants to claims as said officers arrived at the scene after the physical contact between Defendants Montanez and Massey had ended.

**7.** Both parties recognize that prior to the information provided in Defendants' initial disclosures, Plaintiff's original complaint inadvertently included additional claims against additional defendants, against which there are no good faith causes of action.

**8.** Plaintiff deems it necessary to file a First Amended Complaint to dismiss Ryan Castro and Mitchell Ellis as Defendants in this action, as well as to adjust her claims accordingly.

9. Plaintiff seeks to file her First Amended Complaint for Damages, which names the City and officers Jason Massey and Javier Montanez as defendants in this action.

10. Plaintiff will dismiss Ryan Castro and Mitchell Ellis as defendants in this action.

**IT IS HEREBY STIPULATED**, by and between Plaintiff and Defendants, by and through their respective counsel, that:

1. Plaintiff should be granted leave to amend to file her First Amended Complaint for Damages, a copy of which is attached hereto as **Exhibit "A."**

2. Defendants responsive pleading shall be due thirty-five (35) days after the First Amended Complaint for Damages is filed.

**Law Offices of John L. Burris**

Dated: August 30, 2022

 /s/
John L. Burris,
Ben Nisenbaum,
K. Chike Odiwe
Brandon Yee
Attorneys for Plaintiff

**LEONE ALBERTS & DUUS**

Dated: August 30, 2022

 /s/
Brian A. Duus,
Clariza C. Garcia
Attorneys for Defendants

Order

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that Plaintiff, TERESA HERROZ is granted leave to amend to file her proposed First Amended Complaint for Damages within 10 days of this Order.

**IT IS ALSO ORDERED** that Defendants' responsive pleading shall be due thirty-five (35) days after the First Amended Complaint for Damages is filed.

Defendants Ryan Castro and Mitchell Ellis are dismissed with prejudice and will bear their own fees and costs.

DATED: September 1, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE