BRIAN A. DUUS, ESQ. (SBN: 263403)
CHRISTOPHER W. VINCENT, ESQ. (SBN: 227021)
CLARIZA C. GARCIA, ESQ. (SBN: 189918)
**LEONE ALBERTS & DUUS**
A Professional Corporation
1390 Willow Pass Road, Suite 700
Concord, CA  94520
Telephone:   (925) 974-8600
Facsimile:    (925) 974-8601
E-Mail: bduus@leonealberts.com
          cvincent@leonealberts.com
          cgarcia@leonealberts.com

Attorneys for Defendants
CITY OF MANTECA, JASON MASSEY,
and JAVIER MONTANEZ

THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA HERROZ, an individual<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF MANTECA, a municipal entity; JASON MASSEY, individually and in his official capacity as a Police Officer for the CITY OF MANTECA; JAVIER MONTANEZ, individually and in his official capacity as a Police Officer for the CITY OF MANTECA;<br><br>Defendants. | Case No.:   2:22-cv-00245- KJM AC<br><br>**STIPULATION REGARDING DISPOSITION; ORDER** |

1

Plaintiff TERESA HERROZ and Defendants CITY OF MANTECA, JASON MASSEY and JAVIER MONTANEZ, by and through their counsel undersigned, stipulate as follows.  The parties have reached a settlement of this matter and a notice of settlement was filed on February 24, 2023. The court previously ordered that dispositional documents be filed on March 20, 2023, and per stipulation of the parties, the court continued that date until April 19, 2023.

As the parties are not yet prepared to file the anticipated Request for Dismissal with prejudice, as Plaintiff is awaiting receipt of the settlement funds, the parties hereby stipulate to a continuation of this deadline for 30 days until May 19, 2023, and request the court to grant the additional time.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: April 19, 2023           **LAW OFFICES OF JOHN L. BURRIS**

                        By:     /s/*Chike Odiwe*
                                K. CHIKE ODIWE, ESQ.
                                Attorney for Plaintiff
                                TERESA HERROZ

Dated: April 19, 2023           **LEONE ALBERTS & DUUS**

                        By:     _____
                                BRIAN A. DUUS, ESQ.
                                Attorney for Defendants
                                CITY OF MANTECA, JASON MASSEY,
                                and JAVIER MONTANEZ

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  April 25, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE DISPOSITION                Case No. 2:22-cv-00245- KJM